3

Elmer B. JEFFRIES, Appellant, v. Sam L. GROSS, U. S. Marshal for Northern District of Texas, Appellee.*

Circuit Court of Appeals, Fifth Circuit. November 14, 1927.

No. 4971.

Appeal from the District Court of the United States for the Northern District of Texas; Wm. H. Atwell, Judge.

W. B. Harrell, of Dallas, Tex., for appellant.

*Rehearing denied December 20, 1927.

Norman A. Dodge, U. S. Atty., Arnold Davis, Asst. U. S. Atty., and J. Forrest McCutcheon, Asst. U. S. Atty., all of Fort Worth, Tex., for appellee.

Before WALKER, BRYAN and FOSTER, Circuit Judges.

PER CURIAM. The order appealed from is affirmed.